# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| TRACY R. LEWCHUK, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD R. LEWCHUK AND )<br>CHRISTINE A. LEWCHUK, )<br>)<br>    Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:13-CV-178-BR** |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that Plaintiff's Motion to Dismiss is GRANTED, and the action is DISMISSED WITHOUT PREJUDICE. The Clerk is DIRECTED to close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **FEBRUARY 24, 2014** WITH A COPY TO:

James W. Lea III (via CM/ECF Notice of Electronic Filing)
Andrew McVey (via CM/ECF Notice of Electronic Filing)


February 24, 2014                       JULIE A. RICHARDS, Clerk
Date                                           Eastern District of North Carolina

                                                                /s/ Debby Sawyer
                                                                (By) Deputy Clerk

Raleigh, North Carolina